JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY LEYVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERI SHEPHERD, et al.,<br><br>　　　　Defendants. | Case No. CV 23-00990 SSS (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that:

(1) Plaintiff's Section 1983 claims are dismissed with prejudice; and

(2) The Court declines supplemental jurisdiction over any state law claims and dismisses those claims without prejudice.

DATE: August 29, 2023

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　SUNSHINE SUZANNE SYKES
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE